# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL DAVITT,

    Petitioner,

vs.

MCDANIEL, et al.,

    Respondents.

Case No. 3:09-CV-00611-ECR-(VPC)

**ORDER**

The Court directed (#3) Petitioner to file an application to proceed in forma pauperis or to pay the filing fee. Petitioner has done neither within the allotted time.

Reasonable jurists would not disagree with this conclusion, and the Court denies a certificate of appealability.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for Petitioner's failure to comply with the Court's Order (#3). The Clerk of the Court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

IT IS FURTHER ORDERED that the Clerk of the Court send a copy of this Order and the Petition for a Writ of Habeas Corpus to the Attorney General of the State of Nevada.

DATED: January 5, 2010

_____
EDWARD C. REED
United States District Judge