AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MICHAEL DAVITT,

    Petitioner,

V.

MCDANIEL, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00611-ECR-VPC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for Petitioner's failure to comply with the Court's Order (#3).
    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**


  January 6, 2010                                 **LANCE S. WILSON**
                                                       Clerk

                                                       /s/ D. R. Morgan
                                                       Deputy Clerk